DLD-276                                                                                    **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 14-2058
_____

IN RE:  IMANI ABDUS-SABIR,
                                                        Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to D.C. Civil Action No. 13-cv-04773)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
June 12, 2014

Before:  SMITH, HARDIMAN and NYGAARD, <u>Circuit</u> <u>Judges</u>

(Opinion filed:  June 20, 2014)
_____

OPINION
_____

PER CURIAM

        Petitioner Imani Abdus-Sabir filed in this Court a petition for writ of mandamus

pursuant to 28 U.S.C. § 1651, seeking an order that the United States District Court of

New Jersey be compelled to rule on his motions for the appointment of counsel and for

leave to proceed *in forma pauperis*.  He then filed a similar petition in the District Court,

along with a renewed application to proceed *in forma pauperis*.  Subsequently, by order

entered on June 9, 2014, the District Court ruled on the motion for the appointment of

counsel and the renewed application to proceed *in forma pauperis*. Accordingly, we will

deny Abdus-Sabir's mandamus petition as moot. See Blanciak v. Allegheny Ludlum

Corp., 77 F.3d 690, 698-99 (3d Cir. 1996).[1]

---

[1] The District Court denied the application to proceed *in forma pauperis* on the ground
that a portion of the renewed application was illegible. Because the District Court's
dismissal of Abdus-Sabir's complaint was without prejudice, he is not precluded from
pursuing his case there by once again filing a complaint accompanied by a legible version
of the documents required by 28 U.S.C. § 1915(a)(2).